IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:15CR71-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **ORDER TO DISMISS THE INDICTMENT** |
| ) | |
| (3) ALEJANDRO RAUL CANAS-RAMIREZ ) | |

Leave of Court is hereby granted for the dismissal without prejudice of the First Superseding Bill of Indictment against only defendant Alejandro Raul Canas-Ramirez, who is charged in Counts 1, 10, 11, 12, and 13.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, and the United States Attorney's Office.

Signed: September 8, 2016

Richard L. Voorhees
United States District Judge